The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Andrew Gilbert Schmuhl
   v. Commonwealth of Virginia
   Record No. 1572-16-4
   Opinion rendered by Judge Beales on
   September 11, 2018

2. Marvin Kendell Midgette
   v. Commonwealth of Virginia
   Record No. 1692-17-1
   Opinion rendered by Judge Malveaux on
   October 30, 2018

3. Calvin Darnell Butcher
   v. Commonwealth of Virginia
   Record No. 0974-16-2
   Opinion rendered by Judge Russell on
   November 6, 2018

4. Daniel Gordon Anderson
   v. Commonwealth of Virginia
   Record No. 1228-17-1
   Opinion rendered by Judge Chafin on
   November 6, 2018

5. Tina Lasha Hall, a/k/a
   Tina Lasha Waller
   v. Commonwealth of Virginia
   Record No. 1751-17-3
   Opinion rendered by Judge Beales on
   November 6, 2018

6. Santraun Deshaud Speller
   v. Commonwealth of Virginia
   Record No. 1826-17-1
   Opinion rendered by Judge Petty on
   November 6, 2018

7. <u>Cathleen Nelson and William Nelson</u>
   v. <u>Middlesex Department of Social Services</u>
      <u>John and Jane Doe</u>
   Record No. 2041-17-2
   Opinion rendered by Judge Russell on
   November 20, 2018

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1.  John Beverly Chapman, Jr.
     v. Commonwealth of Virginia
     Record No. 1948-16-4
     Opinion rendered by Judge Russell
       on September 26, 2017
     Judgment of Court of Appeals affirmed by order rendered on
       November 29, 2018 (171417)

2.  Robert Lee Jones
     v. Commonwealth of Virginia
     Record No. 0574-16-2
     Opinion rendered by Chief Judge Decker
       on December 19, 2017
     Judgment of Court of Appeal affirmed by opinion rendered on
       December 6, 2018 (180052)

3.  Daniel Ernest McGinnis
     v. Commonwealth of Virginia
     Record No. 0117-17-3
     Opinion rendered by Judge Beales
       on December 12, 2017
     Judgment of Court of Appeals reversed, our opinion is vacated, and convictions
       are affirmed by opinion rendered on December 13, 2018
      (180055)

4.  Choon Poong Lee
     v. Commonwealth of Virginia
     Record No. 1897-16-4
     Opinion rendered by Senior Judge Haley
       on December 19, 2017
     Refused (180258)

5.  Terrance Kevin Hall
     v. Commonwealth of Virginia
     Record No. 0481-17-3
     Opinion rendered by Judge AtLee
       on January 9, 2018
     Judgment of Court of Appeals reversed and matter remanded to this Court
       for remand to the trial court by opinion rendered on December 20, 2018
      (180197)

6. <u>Laurence Maria Smith, s/k/a, etc.</u>
   v. <u>Commonwealth of Virginia</u>
   Record No. 1058-16-2
   Opinion rendered by Judge Beales
     on January 16, 2018
   Judgment of Court of Appeals affirmed by opinion rendered on December 13, 2018
   (180198)

7. <u>Christopher Parris Cabral</u>
   v. <u>Commonwealth of Virginia</u>
   Record No. 1186-17-1
   Opinion rendered by Judge Malveaux
     on July 17, 2018
   Refused (181058)